IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEEM ALBERT WALKER BORDEN,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:24-cv-0153-JDW |
| : | |
| **WELLPATH CARE,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 19th day of September, 2024, upon consideration of Alleem Albert Walker Borden's Amended Complaint (ECF No. 8), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. The constitutional claims asserted in Mr. Borden's Amended Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. Mr. Borden's state law claims are **DISMISSED WITHOUT PREJUDICE** but with no further leave to amend.

The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**